IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-CV-00150-WDM-BNB

SHARPSHOOTER SPECTRUM VENTURE LLC,

    Plaintiff,

v.

ROBERT CONSENTINO, D/B/A SHARPSHOOTERS PHOTOGRAPHY,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

Following the hearing on May 27, 2009, before Senior Judge Walker D. Miller, counsel for plaintiff stipulates:

1. Counsel for plaintiff shall retain custody of all exhibits sponsored by plaintiff until 60 days after the time of appeal from this Court has expired or, if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter. Thereafter, the custodian may destroy or otherwise dispose of those items.

2. Custody of the exhibits by counsel for plaintiff shall be for the benefit of all parties hereto and shall remain subject to further Order of the Court.

3. Upon any appeal, counsel for plaintiff shall make the exhibits in its custody available to the appealing party for filing with the appellate court.

DATED at Denver, Colorado, this 27th day of May, 2009.

_____
Attorney for Plaintiff

ORDERED that Plaintiff shall retain custody of the exhibits pursuant to the foregoing stipulation.

BY THE COURT:

_____
WALKER D. MILLER
Senior United States District Judge